FRIEDMAN & THROOP, PLLC
JULIE McGRATH THROOP, ESQ.
Nevada Bar No. 11298
JOHN C. BOYDEN, ESQ.
Nevada Bar No. 3917
300 South Arlington Avenue
Reno, Nevada 89501
Telephone: (775) 322-6500
julie@throopnvlaw.com
john@throopnvlaw.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

EDWARD SCHNABEL,

Plaintiff,

vs.

HOME DEPOT U.S.A., INC. dba HOME DEPOT; JOHN DOES I-XX, inclusive; ABC CORPORATIONS I-X, inclusive; and BLACK AND WHITE COMPANIES, I-X, inclusive,

Defendants.
______________________________/

Case No.: 3:26-cv-00328-CSD

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

The parties stipulate to dismiss all claims in Case No. 3:26-cv-00328-CSD, all parties to bear their own fees and costs. No trial date has been set.

DATED this 3rd day of November, 2026.

FRIEDMAN & THROOP, PLLC

By: /s/ Julie McGrath Throop
JULIE McGRATH THROOP, ESQ.
JOHN C. BOYDEN, ESQ.
300 South Arlington Avenue
Reno, Nevada 89501
T: (775) 322-6500
Attorneys for Plaintiff

DATED this 3rd day of November, 2026.

HALL HERNANDEZ SMITH

By:/s/ Kevin R. Smith
MICHAEL R. HALL, ESQ.
KEVIN R. SMITH, ESQ.
7425 Peak Drive, Suite 100
Las Vegas, Nevada 89128
T: (702) 316-4111
Attorneys for Defendant

///

**ORDER**

The stipulation of the parties to dismiss this action with prejudice (ECF No. 20) is GRANTED.

**IT IS SO ORDERED.**

Dated: November 3, 2026

UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of Friedman & Throop, PLLC, and that on this day I caused to be served the foregoing document(s) on all parties to this action by:

| | |
|---|---|
| ______ | placing an original or true copy thereof in a sealed envelope placed in the United States Mail at Reno, Nevada, postage paid, following ordinary business practices. |
| ______ | certified mail |
| ______ | having them personally delivered. |
| ___x___ | By Court's CM/ECF Program. |
| ______ | facsimile (fax). |
| ______ | Federal Express or other overnight delivery. |
| ______ | Reno/Carson Messenger. |

addressed as follows:

Michael R. Hall, Esq.
Kevin S. Smith, Esq.
Hall Hernandez Smith
7425 Peak Drive, Suite 100
Las Vegas, Nevada 89128
702-316-4111
mhall@hallhernandez.com
ksmith@hallhernandez.com

DATED this 3rd day of November, 2026.

/s/ Laurie Lau